PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

DEC 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN LAMONT WINN, <br><br> Defendant. | Case No. 2:17-CR-00233 TLN <br><br> [PROPOSED] ORDER TO SEAL <br><br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: Dec. 21, 2017

_____
DEBORAH BARNES
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3